THE FARMERS AND MECHANICS' NATIONAL BANK OF BUFFALO, APPELLANT, *v.* PHINEAS W. SPRAGUE AND WILLIAM M. FAVILL, RESPONDENTS.

THIS action was brought to recover the amount received by defendants upon a draft intrusted to them for collection, which draft was also accepted by them. The answer alleged, and the jury found, that Kenrick & Co., parties to such instrument (the drawers thereof), had paid the same in full to the plaintiff. The court were of opinion that such payment was a defense to the action brought by the plaintiff.

*John C. Strong,* for the appellant.

*Edward D. McCarthy,* for the respondents.

Opinion by GILBERT, J.

Judgment affirmed.